**FILED**
CLERK, U.S. DISTRICT COURT

08/27/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ AP _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JORDAN HAM,<br><br>    Defendant. | ED CR No. 5:25-cr-00283-SPG<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1709: Theft of Mail Matter by a Postal Service Officer or Employee; 18 U.S.C. § 1708: Possession of Stolen Mail] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1709]

On or about January 22, 2022, in San Bernardino County, within the Central District of California, defendant JORDAN HAM, an employee of the United States Postal Service, stole, abstracted, and removed an article from the mail, namely a Visa gift card, contained in mail sent to an address in Riverside, California, which had come into defendant HAM's possession intended to be conveyed in the United States mail.

1

                                  COUNT TWO

2                          [18 U.S.C. § 1708]

3        On or about February 3, 2022, in San Bernardino County, within

4    the Central District of California, defendant JORDAN HAM unlawfully

5    possessed articles that had been contained within the mail that had

6    been stolen and taken from the United States mail, namely, a Target

7    gift card, and at that time and place, defendant HAM knew that said

8    articles contained within the mail were stolen and taken.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT THREE

[18 U.S.C. § 1709]

On or about February 18, 2022, in San Bernardino County, within the Central District of California, defendant JORDAN HAM, an employee of the United States Postal Service, stole, abstracted, and removed an article from the mail, namely 57 envelopes, sent to addresses in San Bernardino County, which had come into defendant HAM's possession intended to be conveyed by the United States mail.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT FOUR

[18 U.S.C. § 1708]

On or about February 18, 2022, in San Bernardino County, within the Central District of California, defendant JORDAN HAM unlawfully possessed articles that had been contained within the mail that had been stolen and taken from the United States mail, namely, an unopened envelope addressed to Victim 1 and gift cards, and at that time and place, defendant HAM knew that said articles contained within the mail were stolen and taken.

A TRUE BILL

/S/
Foreperson

BILAL A. ESSAYLI
Acting United States Attorney

*Christina Shay*

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

PETER H. DAHLQUIST
Assistant United States Attorney
Chief, Riverside Branch Office

COURTNEY N. WILLIAMS
Assistant United States Attorney
Riverside Branch Office